358

## SPENCER v. STATE.
No. 20069.

Court of Criminal Appeals of Texas.
Jan. 4, 1939.

---

M. E. Gates, of Huntsville, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of cattle, punishment being two years in the penitentiary.

The offense is properly charged. The record contains no statement of facts and no bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## SMITH v. STATE.
No. 20082.

Court of Criminal Appeals of Texas.
Jan. 4, 1939.

A. L. Lewis, of Houston, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for life.

The record is before us without a statement of facts. In the absence of a statement of facts we are unable to appraise appellant's bills of exception.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.